UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| STATE OF MINNESOTA, BY ITS ATTORNEY GENERAL, KEITH ELLISON,<br><br>*Plaintiff,*<br><br>v.<br><br>SANOFI-AVENTIS U.S. LLC, NOVO NORDISK, INC., AND ELI LILLY AND CO.,<br><br>*Defendants.* | Civil Action No.: 18cv14999(BRM)(RLS)<br><br>**MOTION TO ENTER SETTLEMENT AGREEMENT, RELEASE, AND ORDER** |

Plaintiff, State of Minnesota, by its Attorney General Keith Ellison (the "State" or "Attorney General") and Eli Lilly and Company ("Lilly") seek to inform the Court that the State and Lilly have resolved the above-captioned litigation against Lilly by the attached Settlement Agreement, Release, and Order (the "Agreement"). The State and Lilly respectfully request that the Court order entry of the Agreement on the docket, including that the Attorney General shall dismiss with prejudice all of its respective claims against Lilly in the above-captioned litigation within ten (10) days of the Effective Date pursuant to the Agreement.

1

| | |
|---|---|
| Respectfully submitted, | Dated:  February 7, 2024 |
| | /s/ *Diana M. Watral* |
| **REED SMITH LLP** | **KIRKLAND & ELLIS LLP** |
| Melissa A. Geist | Andrew A. Kassof (*pro hac vice*) |
| Julia A. López | Diana M. Watral (*pro hac vice*) |
| 506 Carnegie Center, Suite 300 | Ryan Moorman (*pro hac vice*) |
| Princeton, NJ 08540 | Jason A. Feld (*pro hac vice*) |
| (609) 987-0050 | 300 North LaSalle |
| | Chicago, IL 60654 |
| | (312) 862-2000 |

*Attorneys for Defendant Eli Lilly and Company*

| | |
|---|---|
| **LITE DEPALMA GREENBERG & AFANADOR, LLC** | KEITH ELLISON<br>Attorney General<br>State of Minnesota |
| /s/ *Bruce D. Greenberg* | JAMES W. CANADAY |
| Bruce D. Greenberg | Deputy Attorney General |
| 570 Broad Street, Suite 1201 | |
| Newark, NJ  07102 | JESSICA WHITNEY |
| (973) 623-3000 | Deputy Attorney General |
| bgreenberg@litedepalma.com | |
| | JASON PLEGGENKUHLE |
| | Assistant Attorney General |
| | |
| | NOAH LEWELLEN |
| | Assistant Attorney General |
| | |
| | ALEX BALDWIN |
| | Assistant Attorney General |
| | |
| | JUSTIN MOOR |
| | Assistant Attorney General |

*Attorneys for the State of Minnesota*

2