# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| STATE OF MINNESOTA, BY ITS ATTORNEY GENERAL, KEITH ELLISON, | : : : : | Civil Action No.: 18-cv-14999(BRM)(RLS) |
| *Plaintiff,* | : : | |
| v. | : : : | **MOTION TO ENTER SETTLEMENT AGREEMENT, RELEASE, AND ORDER** |
| SANOFI-AVENTIS U.S. LLC, NOVO NORDISK, INC., AND ELI LILLY AND CO., | : : : : | |
| *Defendants.* | : : | |

Plaintiff, State of Minnesota, by its Attorney General Keith Ellison (the "State" or "Attorney General") and Novo Nordisk Inc. ("NNI") seek to inform the Court that the State and NNI have resolved the above-captioned litigation against NNI by the attached Settlement Agreement, Release, and Order (the "Agreement"). The State and NNI respectfully request that the Court order entry of the Agreement on the docket, including that the Attorney General shall dismiss with prejudice and without fees or costs all of its claims against NNI in the above-captioned litigation with ten (10) days of the Effective Date pursuant to the Agreement.

Respectfully submitted,                                  Dated:  January 27, 2025

 /s/  Christopher Walsh
**GIBBONS P.C.**                                         **DAVIS POLK & WARDWELL LLP**
Michael R. MacDonald, Esq.                               Neal Potischman, Esq.
Christopher Walsh, Esq.                                  Andrew Yaphe, Esq.
One Gateway Center                                       900 Middlefield Road, Suite 200
Newark, NJ 07102-5310                                    Redwood City, CA 94063
(973) 596-4500                                           (650) 752-2000

*Attorneys for Defendant Novo Nordisk Inc.*

**LITE DEPALMA GREENBERG**                               KEITH ELLISON
**& AFANADOR, LLC**                                      Attorney General
                                                         State of Minnesota

 /s/ *Bruce D, Greenberg*                                JAMES W. CANADAY
Bruce D. Greenberg                                       Deputy Attorney General
570 Broad Street, Suite 1201
Newark, NJ  07102                                        JESSICA WHITNEY
(973) 623-3000                                           Deputy Attorney General
bgreenberg@litedepalma.com

                                                         JASON PLEGGENKUHLE
                                                         Assistant Attorney General

                                                         NOAH LEWELLEN
                                                         Assistant Attorney General

                                                         ALEX BALDWIN
                                                         Assistant Attorney General

                                                         JUSTIN MOOR
                                                         Assistant Attorney General

*Attorneys for the State of Minnesota*